# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

Sunshine Pyrotechnics Company, Ltd,    )
                                     )

                  Plaintiff,      )
                                     )

        vs.                        )          Case No.   17-3033-CV-S-BCW
                                     )

Hale Fireworks, LLC,  et al.,      )
                                     )

                  Defendants.    )

**X**      **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

          **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

          **IT IS ORDER AND ADJUDGED** pursuant to the verdict returned March 31, 2022 that the jury finds:

On the claim of plaintiff Sunshine Pyrotechnics Company Ltd. For breach of contract against defendant Hale Fireworks, LLC, we, the jury, find in favor of Hale Fireworks.

On the claim of Hale Fireworks against Sunshine for Money Had and Received, we, the jury, find in favor of Hale Fireworks.

On the claim of Hale Fireworks against Sunshine for Unjust Enrichment, we, the jury, find in favor of Hale Fireworks.

We, the jury, assess the damages of Hale Fireworks at $718,319.56.

March 31, 2022                                 Paige Wymore Wynn
Date                                          Clerk of Court

                                              /s/ Tracy L. Diefenbach
                                            (by) Deputy Clerk