**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| SUNSHINE PYROTECHNICS COMPANY, LTD,<br><br>Plaintiff/Judgment Debtor,<br><br>vs.<br><br>HALE FIREWORKS, LLC,<br><br>Defendant/Judgment Creditor. | Case No. 6:17-cv-03033-BCW |

## EXPEDITED MOTION FOR LEAVE TO WITHDRAW

COMES NOW Lauren Perkins Allen, pursuant to Local Rule 83.2, and hereby moves the Court for an expedited Order allowing her to withdraw as attorney of record for Plaintiff in the above-referenced case. Pursuant to Local Rule 83.2, an attorney of record may only be allowed with leave of this Court and upon a showing of good cause. Contemporaneously herewith, Ms. Allen has filed her Suggestions in Support of her Expedited Motion for Leave to Withdraw.

Plaintiff has been notified via Electronic Mail at the below-listed address of said Motion and Suggestions in Support.

WHEREFORE, Lauren Perkins Allen hereby requests the Court grant her Expedited Motion for Leave to Withdraw as attorney of record for Plaintiff in the above-captioned cause.

Respectfully submitted,

LAUREN ALLEN, LLC

*/s/ Lauren Perkins Allen*
Lauren Perkins Allen, #49845
4717 Grand Boulevard, Suite 130
Kansas City, Missouri 64112
T: 816.877.8120
F: 816.817.1120
Email: lpa@laurenallenllc.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 17th day of March 2023, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 17th day of March 2023, to counsel of record and a copy sent via electronic mail to:

Kammy Lei
Kammy410@163.com
Plaintiff

*/s/Lauren Perkins Allen*
***Attorney for Plaintiff***