**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| SUNSHINE PYROTECHNICS COMPANY, LTD,<br><br>Plaintiff/Judgment Debtor,<br><br>vs.<br><br>HALE FIREWORKS, LLC,<br><br>Defendant/Judgment Creditor. | Case No. 6:17-cv-03033-BCW |

**SUGGESTIONS IN SUPPORT OF EXPEDITED MOTION FOR LEAVE TO WITHDRAW**

COMES NOW Lauren Perkins Allen, pursuant to Local Rule 83.2, and hereby moves the Court for an expedited Order allowing her to withdraw as attorney of record for Plaintiff in the above-referenced case. For her Suggestions in Support of this motion, Ms. Allen states the following:

1. Pursuant to Local Rule 83.2, an attorney of record may only be allowed with leave of this Court and upon a showing of good cause. As such a written motion for leave to withdraw shall set forth the specific grounds for the relief sought and provide notification to the client.
2. Ms. Allen seeks to withdraw from her representation of Plaintiff under Supreme Court Rule 4.1-16 due to lack of cooperation and communication on behalf of Plaintiff in this case.
3. Plaintiff is also notified that further proceedings may be held in this matter whether or not Plaintiff is represented by counsel. If Plaintiff does not wish to retain other counsel, you should appear personally at any scheduled hearings. All notices and

orders entered in this case after withdrawal of Ms. Allen will be electronically mailed to you at the address shown below.

4. Plaintiff is also notified that Ms. Allen has requested her withdrawal be expedited due to the pending Motion to Compel and discovery requests that are outstanding.

WHEREFORE, Lauren Perkins Allen hereby requests the Court grant her Expedited Motion for Leave to Withdraw as attorney of record for Plaintiff in the above-captioned cause.

Respectfully submitted,

LAUREN ALLEN, LLC

*/s/ Lauren Perkins Allen*
Lauren Perkins Allen, #49845
4717 Grand Boulevard, Suite 130
Kansas City, Missouri 64112
T: 816.877.8120
F: 816.817.1120
Email: lpa@laurenallenllc.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Clerk of the Court via ECF on this 17th day of March 2023, with a copy of the same being served via electronic mail (ECF) by the Clerk of the Court on this 17th day of March 2023, to counsel of record and a copy sent via electronic mail to:

Kammy Lei
Kammy410@163.com
Plaintiff

*/s/Lauren Perkins Allen*
***Attorney for Plaintiff***