**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

**SUNSHINE PYROTECHNICS COMPANY, LTD,**
**Plaintiff/Judgment Debtor,**

**vs.** **Case No. 6:17-cv-03033-BCW**

**HALE FIREWORKS, LLC,**
**Defendant/Judgment Creditor.**

**SUGGESTIONS IN SUPPORT OF EXPEDITED MOTION FOR LEAVE TO WITHDRAW**

COMES NOW David J. Potter, attorney appearing *pro hac vice*,with Lauren Allen serving as local counsel, (hereinafter referred to as Movant) and pursuant to Local Rule 83.2, hereby moves the Court for an expedited Order allowing him to withdraw as attorney of record for Plaintiff in the above-referenced case. For his Suggestions in Support of this motion, Movant states the following:

1. Pursuant to Local Rule 83.2, an attorney of record may only be allowed with leave of this Court and upon a showing of good cause. As such a written motion for leave to withdraw shall set forth the specific grounds for the relief sought and provide notification to the client.

2. Movant has suffered renal failure approximately one year ago and shortly after returning home to Texarkana, AR/TX after the trial of this cause. Movant is now receiving dialysis treatments on Monday, Wednesday and Fridays, from noon until 5:30 pm to 6 pm. The Movant's condition is such that he cannot maintain a trial practice. All parties were notified when the renal failure was diagnosed. Movant has not been involved in the ongoing post trial litigation and is largely unaware of the current state of affairs in the case.

3. Ms. Allen has filed a motion to withdraw from her representation of Plaintiff under Supreme Court Rule 4.1-16 due to lack of cooperation and communication on behalf of Plaintiff in this case.

4. Plaintiff was also notified that further proceedings may be held in this matter whether or not Plaintiff is represented by counsel. If Plaintiff does not wish to retain other counsel, you should appear personally at any scheduled hearings. All notices and orders entered in this case after withdrawal of Ms. Allen will be electronically mailed to the client at the address shown below.

5. Plaintiff was also notified that Ms. Allen has requested her withdrawal be expedited due to the pending Motion to Compel and discovery requests that are outstanding.

WHEREFORE, David J. Potter hereby requests the Court grant his Expedited Motion for Leave to Withdraw as attorney of record for Plaintiff in the above-captioned cause.

Respectfully Submitted,

David J. Potter, Attorney at Law
Texas Bar No. 16175000
901 N. State Line Ave.
Texarkana, Texas 75501-5268
Ph. 903-794-2283
Cell Phone: 903-277-0442
Email: dpotter@potter-law.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on March 27, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Missouri, Springfield Division, using the electronic case filing system of the Court.

The electronic system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented to accept the Notice as service of this document by electronic means:

Mr. J. Michael Bridges, michael.bridges@huschblackwell.com
Ms. Laura C. Robinson, laura.robinson@huschblackwell.com,

Attorneys for the Defendants, Hale Fireworks, LLC and Robert Mitchell ("Mitch") Hale.

And to co-counsel, Lauren Perkins Allen, lpa@laurenallenllc.com

And to Kammy Lai at kammy410@163.com

______________________________
David J. Potter